# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**RHEA L. HARPER**,

    *Plaintiff,*

vs.

**QUAD GRAPHICS, INC.,**
  *A Foreign Corporation,*

    *Defendant.*

Case No.: **CIV-16-257-M**

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, RHEA L. HARPER, by and through her attorneys of record, Robert J. Wagner and Jon J. Gores of the firm of WAGNER & WAGNER, P.C., and pursuant to Rule 41(a)(1)(A)(i) to advise that she hereby dismisses this action with prejudice.

Respectfully submitted,

WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118-5038
(405) 521-9499, (Fax) 521-8994
(e-mail) rjw@wagnerfirm.com

*s/ Robert J. Wagner*
By:_____
ROBERT J. WAGNER, OBA #16902
JON J. GORES, OBA #31068
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2016, I transmitted the attached document to the Clerk of the Court using the ECF system for filing and since no ANSWER or other Responsive Pleading had been filed herein, via FIRST-CLASS mail and email to the following:

Sarah C. Green, Esq.
BULLARD & ASSOCIATES
304 NW 13th Street
Oklahoma City, Oklahoma 73103-3730
mail@bullard-associates.com
(405) 604-5000, (Fax) 604-5005
Attorneys for Defendant

*s/ Robert J. Wagner*
_____